## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re:<br>ARTEMIO TORRES & VERONICA TORRES<br>(And additional cases listed on Exhibit A)<br><br>Debtors. | ) Bankruptcy No. 13 B 49108<br>)<br>) Chapter 7<br>)<br>)<br>)<br>) Honorable Donald R. Cassling<br>)<br>) |

## AMENDED FINAL PRETRIAL ORDER
## RE: MOTION FOR HEARING UNDER §§ 329, 330, AND RULE 2017

*The following provisions will govern the future course of this proceeding. Failure to comply with the provisions of this order may result in waiver of claims or defenses, dismissal, default, exclusion or admission of evidence, or other sanction, as justice may require.*

Counsel for all parties are hereby ordered to confer and together prepare **and file** with the court on or before September 17, 2014, **a joint document** captioned "Pretrial Statement." The Pretrial Statement will contain the following information:

1. A brief statement of the theory of each claim and each defense;
2. A statement of stipulated facts in numbered paragraphs;
3. A statement in numbered paragraphs setting out the material facts in dispute;
4. Each party's list of witnesses with any objections noted, stating grounds; and
5. Each party's list of exhibits it plans to offer with objections noted, stating grounds.

On or before September 17, 2014, each party will provide all other parties a copy, and the court **two** copies, of all exhibits to be used at trial. Each exhibit shall be pre-marked, e.g., "Debtor's Exhibit 1." Any exhibit to which an objection is not raised in the Pretrial Statement will be received in evidence without an offer during the trial.

Trial/Evidentiary hearing is set for September 24, 2014 & September 25, 2014 at 10:00

a.m. in Courtroom 619, 219 South Dearborn Street, Chicago, Illinois 60604.

**ENTERED:**

DATE: **2 8 JUL 2014**

Donald R. Cassling
**Donald R. Cassling**
**United States Bankruptcy Judge**

**EXHIBIT A**

Case 13-49108   Doc 84   Filed 07/28/14   Entered 07/29/14 12:09:31   Desc Main
         Document      Page 3 of 4

| | |
|---|---|
| 12-37839 | Martin Marungo |
| 12-45117 | Carlos Argueta & Silvia Leon |
| 13-00003 | Roberto Arreola & Ivoone Cruz Mendez |
| 13-08456 | Ariana Gutierrez |
| 13-08817 | Lorenzo Carrasco |
| 13-09166 | Martin & Yvette Ochoa |
| 13-15650 | Artemio & Veronica Torres |
| 13-18654 | Joel Rivera |
| 13-20038 | Rafael Rodriguez |
| 13-20441 | Silvina Nevarez |
| 13-21450 | Ruben Mondragon |
| 13-25743 | Jesus Aguilar |
| 13-27784 | Pedro Alday |
| 13-28504 | Jorge Sanchez |
| 13-28513 | Rafael Rodriguez |
| 13-29456 | Lucila Rodriguez |
| 13-30516 | Jorge Esparza |
| 13-44151 | Jorge Ortega |
| 13-45025 | Marco Frausto |
| 13-46701 | Bartolo Trinidad |
| 13-48348 | Carlos Argueta |
| 13-48891 | Margarito Campos |
| 13-49108 | Artemio & Veronica Torres |
| 14-00299 | Jesus Aguilar |