UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:   
    Artemio Torres  
    Veronica Torres  
        Debtor(s)

Case No. 13-49108

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/28/2013.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 03/26/2014.

6) Number of months from filing to last payment: 2.

7) Number of months case was pending: 8.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $22,483.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

|   |   |
|---|---|
| Total paid by or on behalf of the debtor | $1,731.00 |
| Less amount refunded to debtor | $1,411.12 |

**NET RECEIPTS:** $319.88

**Expenses of Administration:**

|   |   |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $67.52 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $67.52

Attorney fees paid and disclosed by debtor:   $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CONSUMER FINANCIAL SERVICES | Unsecured | 3,349.70 | NA | NA | 0.00 | 0.00 |
| HEIGHTS FINANCE CORP | Unsecured | 464.79 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 25.10 | NA | NA | 0.00 | 0.00 |
| JP MORGAN CHASE BANK NA | Secured | 22,989.00 | NA | NA | 0.00 | 0.00 |
| KANE COUNTY TREASURER | Priority | 3,609.70 | NA | NA | 0.00 | 0.00 |
| LAMPHERES FURNITURE | Secured | 1,917.00 | NA | NA | 95.85 | 0.00 |
| PERSONAL FINANCE CO | Secured | 3,130.00 | NA | NA | 156.51 | 0.00 |
| SFC OF ILLINOIS | Unsecured | 869.00 | NA | NA | 0.00 | 0.00 |
| SFC OF ILLINOIS | Unsecured | 331.00 | NA | NA | 0.00 | 0.00 |
| THE PAYDAY LOAN STORE OF ILLIN | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| THE PAYDAY LOAN STORE OF ILLIN | Unsecured | 623.97 | NA | NA | 0.00 | 0.00 |
| VALLEY WEST MEDICAL CENTER | Unsecured | 234.98 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS | Unsecured | 1,447.23 | NA | NA | 0.00 | 0.00 |
| ASSOCIATE PATHOLOGISTS OF JOLI | Unsecured | 499.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED PEDIATRICS OF FOX V | Unsecured | 5.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 644.62 | NA | NA | 0.00 | 0.00 |
| AT&T U-VERSE | Unsecured | 760.65 | NA | NA | 0.00 | 0.00 |
| AURORA EMERGENCY ASSOCIATES | Unsecured | 586.00 | NA | NA | 0.00 | 0.00 |
| AURORA RADIOLOGY CONSULTANT | Unsecured | 51.00 | NA | NA | 0.00 | 0.00 |
| AURORA RADIOLOGY CONSULTANT | Unsecured | 47.00 | NA | NA | 0.00 | 0.00 |
| BARTLETT FIRE PROTECTION DISTR | Unsecured | 1,169.00 | NA | NA | 0.00 | 0.00 |
| CENTRAL DUPAGE EMERGENCY PH | Unsecured | 574.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 333.03 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 413.07 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION BUREAU | Unsecured | 4,247.84 | NA | NA | 0.00 | 0.00 |
| DOWNER PLACE DENTAL | Unsecured | 205.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| FIRSTSOURCE ADVANTAGE | Unsecured | 2,765.38 | NA | NA | 0.00 | 0.00 |
| GREAT LAKES SPECIALTY FINANCE | Unsecured | 1,585.00 | NA | NA | 0.00 | 0.00 |
| GREAT LAKES SPECIALTY FINANCE | Unsecured | 1,325.00 | NA | NA | 0.00 | 0.00 |
| GREAT LAKES SPECIALTY FINANCE | Unsecured | 790.00 | NA | NA | 0.00 | 0.00 |
| GREAT LAKES SPECIALTY FINANCE | Unsecured | 1,043.29 | NA | NA | 0.00 | 0.00 |
| GREAT LAKES SPECIALTY FINANCE | Unsecured | 1,324.63 | NA | NA | 0.00 | 0.00 |
| HEALTHCARE RECOVERY SOLUTION | Unsecured | 2,371.50 | NA | NA | 0.00 | 0.00 |
| HEIGHTS FINANCE CORPORATION | Unsecured | 924.21 | NA | NA | 0.00 | 0.00 |
| JP MORGAN CHASE | Unsecured | 1,097.02 | NA | NA | 0.00 | 0.00 |
| MEDICAL RECOVERY SPECIALISTS | Unsecured | 640.25 | NA | NA | 0.00 | 0.00 |
| MIDWEST ENT CONSULTANTS | Unsecured | 342.66 | NA | NA | 0.00 | 0.00 |
| NAPERVILLE MEDICAL IMAGING LLC | Unsecured | 344.48 | NA | NA | 0.00 | 0.00 |
| ORCHARD ROAD ANIMAL HOSPITAL | Unsecured | 61.30 | NA | NA | 0.00 | 0.00 |
| PATHOLOGY ASSOC OF AURORA | Unsecured | 20.70 | NA | NA | 0.00 | 0.00 |
| PRAXIS FINANCIAL SOLUTIONS | Unsecured | 1,179.00 | NA | NA | 0.00 | 0.00 |
| RUSH-COPLEY MEDICAL CENTER | Unsecured | 800.64 | NA | NA | 0.00 | 0.00 |
| RUSH-COPLEY MEDICAL CENTER | Unsecured | 2,765.38 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $252.36 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$252.36** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $67.52 |
| Disbursements to Creditors | $252.36 |
| **TOTAL DISBURSEMENTS** : | **$319.88** |

12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 09/03/2014                              By: /s/ Glenn Stearns
                                                                                Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**